FLORIDA CENTRAL AND PENINSULAR RAILROAD COMPANY, A CORPORATION UNDER THE LAWS OF FLORIDA, PLAINTIFF IN ERROR, vs. PROTESTANT EPISCOPAL CHURCH IN THE DIOCESE OF FLORIDA, A CORPORATION UNDER THE LAWS OF FLORIDA, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Alachua county.

*W. W. Hampton,* for Plaintiff in Error.

*James R. Challen* and *E. C. F. Sanchez*, for De-fendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.